# United States District Court
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

2051 South 102nd Street, Apartment E, West Allis - A two-story, six unit townhouse complex with six brown garage doors facing the south side of the unit. The building roof has brown asphalt shingles and the building has brown trim. The upper story has tan colored siding and the lower level is covered in brown colored brick. The black numerals "2051" are on a tan sign with brown trim which is attached to the front of the building which is closest to the street and faces east. The individual units have a black letter with tan trim affixed to each door. The letter "E" is affixed to the residential brown front door. The aforementioned townhouse is contained within the "BW," Biwer's Woods Condominium Complex and a sign bearing this complex name is south of the building.

CASE NUMBER:

13-M-421

## SEARCH AND SEIZURE WARRANT

TO: **Any Authorized Officer of the United States:**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

2051 South 102nd Street, Apartment E, West Allis - A two-story, six unit townhouse complex with six brown garage doors facing the south side of the unit. The building roof has brown asphalt shingles and the building has brown trim. The upper story has tan colored siding and the lower level is covered in brown colored brick. The black numerals "2051" are on a tan sign with brown trim which is attached to the front of the building which is closest to the street and faces east. The individual units have a black letter with tan trim affixed to each door. The letter "E" is affixed to the residential brown front door. The aforementioned townhouse is contained within the "BW," Biwer's Woods Condominium Complex and a sign bearing this complex name is south of the building.

The person or property to be searched, described above, is believed to conceal: **See Attachment A**, in violation of Title 18, United States Code, Section 2252A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE HEREBY COMMANDED to search on or before ___February 5, 2013___
Date (not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge William E. Callahan, Jr.

Sworn to before me, and subscribed in my presence

___January 22nd, 2013 at 9:30 AM___      at Milwaukee, Wisconsin
Date and time issued                                      City and State

WILLIAM E. CALLAHAN, JR.                   _[signature]_
United States Magistrate Judge                 Signature of Judicial Officer
Name & Title of Judicial Officer

Case 2:13-mj-00421-WEC   Filed 02/01/13   Page 1 of 4   Document 2

# RETURN

| Date Warrant received | Date and time Warrant executed | Copy of warrant and receipt for items left with |
|---|---|---|
| 01/22/2013 | 01/24/2013 @ 0620 | JEFFREY FELDMAN RESIDENCE |

Inventory made in the presence of
UNAVAILABLE

Inventory of person or property taken pursuant to the Warrant

SEE ATTACHED FD-597

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/01/2013

_(Executing officer's signature)_

BRETT E. BANOL, SA, FBI
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_   February 1, 2013
                                     _(Date)_

FD-597 (Rev 8-11-94) Page 1 of 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305C-MW-2485776

On (date) 01/24/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jeffrey Feldman
(Street Address) 2051 S. 102nd Street, Apt E
(City) West Allis, WI

Description of Item(s):
1. Samsung cellular telephone
2. HTC Sprint cellular telephone w/ charger
3. Western Digital External Hard Drive S/N WCASJ1003049
4. Western Digital External Hard Drive S/N WCAPW4354447
5. Western Digital External Hard Drive S/N WCAZA0078878T
6. Western Digital External Hard Drive S/N WCAPW0572841
7. Western Digital External Hard Drive S/N WCAVY0868325
8. Western Digital External Hard Drive S/N WCANU1155143
9. Western Digital External Hard Drive S/N WCASJ0087391
10. Western Digital External Hard Drive S/N WCASJ0854891
11. Mad Dog Multimedia External Hard Drive
12. Western Digital External Hard Drive SN WCAZA0078782T
13. Seagate 300GB External Hard Drive S/N SNF0P2MX
14. HP Photosmart 318 S/N CN22T030JN
15. Maxtor Hard Drive S/N 2HC0491M
16. Maxtor Hard Drive S/N 2HC04653
17. Passport Jeffrey William Feldman
18. 2GB SD Card S/N BE0933714685G
19. USB 2GB Samsung Mobile
20. Kodak Max Flash Camera

Received By: _____ Received From: _____
(Signature) (Signature)

Case 2:13-mj-00421-WEC Filed 02/01/13 Page 3 of 4 Document 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305C-MW-2485776

On (date) 01/24/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jeffrey Feldman
(Street Address) 2051 S. 102nd Street, Apt E
(City) West Allis, WI

Description of Item(s):
21. Garmin GPS unit w/ power cord S/N 1S3479853
22. Miscellaneous Documents
23. Miscellaneous Travel Documents
24. Miscellaneous Documents
25. Dell Desktop S/N HJX4VF1
26. Western Digital Ext. HDD S/N WMCIT0276655
27. Miscellaneous Rockwell Documents
28. Yellow Post It - Usernames/Passwords
29. Miscellaneous Travel Documents
30. Western Digital External Hard Drive S/N WMAZA005868
31. Western Digital External Hard Drive S/N WMCIT0358400
32. Hotel key card and business card for Hotel The Amsterdam
33. VIP member card and business card for Hen jung Inn
34. Miscellaneous Travel Documents

GMZ

Received By: [signature]　　　　　　Received From:
　　　　　　　　　(Signature)　　　　　　　　　　　　　　(Signature)